Charles BRONSON, Prison
No. 38599, Appellant,

v.

STATE of Missouri, Respondent.

No. 33072.

Missouri Court of Appeals,
Western District.

Aug. 24, 1982.

James L. McMullin, McMullin, Wilson & Schwarz, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P. J., and WASSERSTROM and MANFORD, JJ.

PER CURIAM:

ORDER

Appeal from judgment overruling Rule 27.26 Motion.

Judgment affirmed. Rule 84.16(b).

Willie TAYLOR, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 32871.

Missouri Court of Appeals,
Western District.

Aug. 24, 1982.

James L. McMullin, Kansas City, for appellant; McMullin, Wilson & Schwarz, Kansas City, of counsel.

John Ashcroft, Atty. Gen., Melinda A. Corbin, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P. J., and PRITCHARD and DIXON, JJ.

PER CURIAM:

ORDER

This is an appeal from the denial of a motion to vacate sentence under Rule 27.26.

The judgment is affirmed. Rule 84.16(b).